IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSLYN LAW JONES, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:05-CV-2034-M |
| | ) | |
| TRINITY SPRINGS PAVILLION, et al., | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 11 day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE